UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Dwayne Holland**　　　　　　　　　　　　**Docket No. 7:19-CR-106-1BO**

### Petition for Action on Probation

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Dwayne Holland, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on January 30, 2020, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a condition of probation, the court ordered that the defendant complete 200 hours of community service. Mr. Hollands suffers from a number of serious medical and mental health issues that inhibit his ability to complete these hours. His struggles with mental health have resulted in multiple inpatient hospitalizations throughout the term of supervision. He is disabled and receiving full benefits from the Social Security Administration.

Based on the above information, is it respectfully requested that Your Honor strike the defendant's requirement to complete community service work. The defendant has otherwise remained in full compliance with his conditions of release.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified to remove the below listed condition previously imposed by the court:

1. The defendant shall perform 200 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ David W. Leake　　　　　　　　　　　　　　/s/ Henry Ponton
David W. Leake　　　　　　　　　　　　　　　　Henry Ponton
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　414 Chestnut Street, Suite 102
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, NC 28401-4290
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-679-2048
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: September 29, 2023

Michael Dwayne Holland
Docket No. 7:19-CR-106-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 29 day of Sept., 2023, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
United States District Judge